**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| HARDEE'S RESTAURANTS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:25-cv-01359 |
| v. | ) |
| | ) Judge Aleta A. Trauger |
| ARC BURGER, LLC and ANAND U. | ) |
| GOWDA, | ) |
| | ) |
| Defendants. | ) |

---

## NOTICE OF WITHDRAWAL

---

Pursuant to Local Rule 83.01(g), Robb S. Harvey provides this Notice of his withdrawal as local counsel for the Plaintiff, Hardee's Restaurants, LLC. The undersigned's colleague Charley Williamson remains in this case. In addition, the undersigned states that Plaintiff will continue to be represented by John F. Verhey and Madeline A. Cordray with DLP Piper LLP. The undersigned counsel has consulted with Defendant's counsel who is not opposed to this Notice.

Respectfully submitted,

s/ Robb S. Harvey
Robb S. Harvey (Tenn. BPR No. 11519)
Charles H. Williamson (Tenn. BPR No. 18287)
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380
robb.harvey@hklaw.com
charley.williamson@hklaw.com

John F. Verhey (IL Bar No. 44957)
DLP PIPER LLP (US)
444 West Lake Street Suite 900
Chicago, IL 60606-0089
(312) 368-4044
John.Verhey@us.dlapiper.com
*(Admitted via Pro Hac Vice Application)*

Madeline A. Cordray (AZ Bar No. 035788)
DLA Piper LLP (US)
2525 East Camelback Rd., Suite 1000
Phoenix, Arizona 85016
Madeline.cordray@us.dlapiper.com
(*Admitted via Pro Hac Vice Application*)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2026, a copy of the foregoing was filed electronically. Notice of this filing is expected to be sent by operation of the Court's electronic filing system to the following counsel who have entered an appearance:

David L. Johnson
Jordyne Johnson Richartz
Neuhoff Building
1320 Adams Street, Suite 1400
Nashville, TN 37208

Matthew S. McConnell
T. Sean Mann-O'Halloran
Sheppard, Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092

s/ Robb S. Harvey
Robb S. Harvey

2